# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 1:16-CR-212 |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **DEVIN DICKERSON,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 2nd day of August, 2021, upon consideration of defendant Devin Dickerson's motion (Doc. 816) to suppress statements made during his post-arrest interview on August 4, 2016, and the parties' respective briefs in support of and opposition thereto, and for the reasons set forth in the accompanying memorandum of today's date, it is hereby ORDERED that Dickerson's motion (Doc. 816) is DENIED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania